1

2
### UNITED STATES DISTRICT COURT

3
### DISTRICT OF NEVADA

4
**\*\*\***

5
THOMAS DUBE,

6
                Plaintiff,

Case No. 2:14–cv–00495–JAD–VCF

7
vs.

**ORDER**

8
WESTERN UNITED INSURANCE COMPANY, *et al*.,

9
                Defendant.

10

11
       Before the court is the Plaintiff's Ex Parte Motion to Extend Time to Serve Defendant, Jennifer

12
Hogan with the Second Amended Complaint (#19). Defendants did not file an opposition. For the

13
reasons stated below, Plaintiff's motion is denied as moot.

14
### BACKGROUND

15
       On March 19, 2014, Plaintiff Thomas Dube served Defendant Jennifer Hogan with a Summons

16
and Amended Complaint. On March 20, 2014, Plaintiff filed a Second Amended Complaint. Aside from

17
the name of the insurance company being changed to the company's proper name, nothing else in the

18
Second Amended Complaint differs from the Amended Complaint. On April 2, 2014, the matter was

19
removed to federal court.

20
### DISCUSSION

21
      Under Federal Rule of Civil Procedure 5(a)(2), "no service is required on a party who is in

22
default for failing to appear. But a pleading that asserts a new claim for relief against such a party must

23
be served on that party under Rule 4." Nevada Rule of Civil Procedure 5(a) similarly states, "No service

24

25
need be made on parties in default for failure to appear except that pleadings asserting new or additional

claims for relief against them shall be served upon them in the manner provided for service of summons in Rule 4."

Here, Plaintiff filed a Second Amended Complaint solely for the purpose of amending the name of the insurance company to its proper name. The Plaintiff's Second Amended Complaint did not assert any new or additional claims for relief against Defendant Jennifer Hogan. The court finds that Defendant Hogan does not need to be served with the Second Amended Complaint "under Rule 4"[1] or "in the manner provided for service of a summons under Rule 4."[2]

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the Plaintiff's Motion to Extend Time to Serve Jennifer Hogan with the Second Amended Complaint (#19) is DENIED as moot.

IT IS FURTHER ORDERED that Jennifer Hogan is in default for failing to answer the Amended Complaint. Plaintiff's counsel is ordered to deliver this order with a copy of the Second Amended Complaint to Jennifer Hogan by September 12, 2014. Counsel is further ordered to file a certificate of service and provide the court with Defendant Hogan's address by September 12, 2014.

The court clerk is directed to mail copies of this order and the Second Amended Complaint to Jennifer Hogan at 450 St. Rt. 64, Tusayan, AZ 86023.

IT IS FURTHER ORDERED that any responsive pleading by Jennifer Hogan must filed by September 26, 2014.

//

//

---

[1] FRCP 5(a)(2)
[2] NRCP 5(a)

1

2

IT IS FURTHER ORDERED that Plaintiff and Western Insurance must file a stipulated dismissal or a discovery plan and scheduling order by October 10, 2014.

3

IT IS SO ORDERED.

4

DATED this 2nd day of September, 2014.

5

_____

6

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3