**ORDR**
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, NV 89101
Tel.:   (702) 444-4444
Fax:   (702) 444-4455
Email: smartin@richardharrislaw.com
*Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| In the matter of compromise of the claim of, JORDAN DUBE, a minor. | CASE NO.: 2:14-CV-00495-JAD-VCF |
|---|---|

### ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR

THIS MATTER having been reviewed by the above entitled court, upon the verified Petition herein, the court being fully advised in the premises, the court finds:

That the allegations in said Petition are fully proved and it further appearing to the satisfaction of the court that the best interest of said minor child will be promoted by said compromise;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the proceeds of the compromise received on behalf of JORDAN DUBE, a minor, from AAA INSURANCE, the UIM insurance carrier for the Petitioner, in the amount of $2,800.00, for a total settlement amount of $2,800.00, be disbursed as follows:

1

| | |
|---|---|
| Total Amount of Proceeds | $ 2,800.00 |
| Richard Harris Law Firm (fees) | $ 933.33 |
| Richard Harris Law Firm (costs) | $ 466.66 |
| JORDAN DUBE | $ 1,400.01 |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the blocked trust account will be established with City National Bank, a federally insured financial institution in the State of Nevada, located at 2320 E. Tropicana Ave. Las Vegas, NV 89119.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the funds deposited in the blocked trust account shall not be liquidated or diminished prior to the minor reaching the age of eighteen (18) years without court approval upon a showing that the withdrawal is in the best interest of the minor child. By certification of the court which held the compromise hearing that the respective the beneficiary has reached the age of eighteen (18) years, control of the investment must be transferred to the beneficiary or the investment must be closed and the money distributed to the beneficiary;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that authorization to establish the blocked trust account for the benefit of the herein named minor is hereby given to the Petitioner or a representative of the Richard Harris Law Firm;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, within sixty (60) days after receiving the proceeds of the compromise, Petitioner shall file with the court proof that a blocked trust account has been established;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a status check before this court is set for February 17, 2015, at 11:00 a.m.      to show compliance with this

Order. In the event the proof of compliance has been filed with this court, it will not be necessary for the Petitioner or Jonathan R. Hicks, Esq. to attend this status check hearing;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trustee or Petitioner may be ordered by this court to file periodic verified annual reports, should the court deem it appropriate, in order to detail the activities of the blocked trust account during the previous twelve (12) months pursuant to NRS 41.200(5).

DATED November 10, 2014.

UNITED STATES DISTRICT COURT JUDGE

_James C. Mahan_

Submitted by:
THE RICHARD HARRIS LAW FIRM

_____
SAMANTHA A. MARTIN
Nevada Bar No. 12998
801 South 4th Street
Las Vegas, Nevada 89101
*Attorney for Petitioner*